IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
SEP 15 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:22 CR 531 |
| TERRELL L. JARVIS, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) | |

JUDGE BOYKO

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about April 30, 2022, in the Northern District of Ohio, Eastern Division, Defendant TERRELL L. JARVIS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically: Robbery, on or about March 3, 2008, in case number CR-07-06-1876A, in the Summit County Court of Common Pleas, and Trafficking in Drugs, on or about April 24, 2015, in case number CR-2013-06-1568A, in the Summit County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, specifically a Springfield Armory, Model XDM, semiautomatic pistol, 9 x19 caliber, bearing serial number MG448490, and ammunition, said firearm and ammunition, having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TERRELL L. JARVIS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: a Springfield Armory, Model XDM, semiautomatic pistol, 9 x19 caliber, bearing serial number MG448490, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.